IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DARNELL KIDD, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 20-0544-JB-MU |
| CYNTHIA STEWART, et al., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated March 26, 2021, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 19th day of April 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE